# **Exhibit A**

## MASTER SUPPLY AND PURCHASE AGREEMENT

THIS MASTER SUPPLY AND PURCHASE AGREEMENT (this "Agreement") is made and entered as of the 18th day of October, 2016 ("Effective Date") by and between Pratt Corrugated Holdings, Inc., a Delaware corporation ("Supplier"), and Star Pizza Box, a Florida corporation, and all of its divisions, affiliates, subsidiaries and business units are collectively referred to herein as the "Purchaser". Supplier and Purchaser are collectively referred to herein as the "Parties" and individually as a "Party."

### W I T N E S S E T H:

**WHEREAS**, Supplier is engaged in the business of manufacturing and selling various corrugated material Products, as hereinafter defined.

**WHEREAS**, Purchaser desires to acquire and purchase certain Products from Supplier from time to time, subject to the terms and conditions set forth herein.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which the Parties hereby acknowledge, the Parties agree as follows:

1. <u>Scope</u>. This Agreement shall govern the sale and purchase of the Products as may be covered by a purchase order ("Purchase Order") issued by the Purchaser from time to time during the Term, as hereinafter defined. With respect to inconsistencies related to delivery dates between this Agreement and any Purchase Order issued pursuant to this Agreement, the Purchase Order shall control. With respect to any other inconsistencies between this Agreement and any Purchase Order issued under this Agreement, this Agreement shall control.

2. <u>Term</u>. Unless earlier terminated as provided herein, the initial term of this Agreement shall continue for a period of thirty-six (36) consecutive months commencing on the Effective Date (the "Initial Term"). This Agreement shall automatically renew for additional terms of twelve (12) months each (each a "Renewal Term"), unless prior written notice of intent not to renew is issued by either Party to the other at least sixty (60) days prior to the expiration of the Initial Term or any Renewal Term, as applicable. As used herein, the "Term" of this Agreement shall collectively mean the Initial Term and any subsequent Renewal Terms.

3. <u>Products</u>. Supplier agrees to sell to Purchaser, and Purchaser agrees to purchase from Supplier, certain corrugated products in the annual sales volume of Products as set forth on <u>Exhibit A</u> *(Products and Purchase Price)* attached to this Agreement (collectively, the "Products"). In consideration of Supplier's price protection afforded to Purchaser, Purchaser shall purchase at least seventeen million dollars ($17,000,000) of its requirements of the Product from Supplier during the Term in set quantities and amounts provided on <u>Exhibit A</u> hereto. In order to obtain the pricing as provided in Section 4 hereof, the quantities commitments on <u>Exhibit A</u> shall be met or exceeded. If Purchaser does not meet or exceed such quantities at anytime, for any reason, the Parties shall mutually agree as to the pricing for such Products. The pricing herein is contingent upon a minimum annual purchase equivalent to seventeen million dollars ($17,000,000) or four million, two hundred fifty thousand dollars ($4,250,000 million) quarterly. Purchases will be reviewed quarterly between the Parties to discuss overall business conditions in relation to this Agreement. If Purchaser does not meet or exceed of the contingent quarterly minimum for two consecutive quarterly reviews at any time, for any reason, the Parties shall mutually agree to extend the review

1

for another quarter or make a modification as outlined in Section 12.

4. Price and Price Adjustment.

(a) Price. The specific Product prices shall be as set forth on Exhibit A to this Agreement ("Purchase Price"). Such Purchase Price is applicable for the purchase of the minimum quantities as provided on Exhibit A. The Purchase Price shall adjust pursuant to the selling price adjustment provisions contained in Section 4(b) herein, and such adjusted Purchase Prices shall be effective for all Products sold to Purchaser after such date.

(b) Price Adjustment. The pricing terms and Purchase Prices contained on Exhibit A shall be firm, immediately following the Effective Date of this Agreement, until March 31, 2017. After March 31, 2017, the Purchase Prices will be subject to monthly adjustments, and such adjustments will be based on *Pulp and Paper Weekly*'s "175g+/ Unbleached Kraft linerboard - 42 lb US East Open Market Price" (the "Price Watch"). If prices for linerboard are published with a high/low range, the average mean price shall be used to calculate any change or adjustment in pricing. The average mean linerboard price must change a minimum of twenty dollars ($20) per ton in the net aggregate ("Net Movement") prior to any actual increase or decrease adjustment being effective. The Purchase Price will be reviewed monthly upon the publication of the applicable "Price Watch," and any adjustment in the Purchase Price shall become effective thirty (30) days after the date of any such publication that illustrates Net Movement from the Purchase Price then in effect.

Any Net Movement shall be divided by ten (10) and the sum shall be multiplied by one and 80/100 percent (1.8%) to determine the percentage price adjustment ("Percentage Change"). For increases the Percentage Change shall be added to one (1) and then multiplied by the prior Purchase Price to arrive at the adjusted Purchase Price. For decreases the Percentage Change shall be added to one (1) and divided into the prior Purchase Price to arrive at the adjusted Purchase Price.

(c) Conditions and Prices provided within, shown in Exhibit A, are contingent on a minimum annual net sales equivalent to seventeen million dollars ($17,000,000). The Parties mutually agree to grow total sales from current annual spend to exceed twenty million dollars ($20,000,000) over the Initial Term. Purchaser shall seek to transfer, at minimum, two million dollars ($2,000,000) to three million dollars ($3,000,000) in business, not currently sourced to Supplier over this Initial Term. Initial transfer of business shall be first awarded in Ohio, then Texas, followed by Florida and/or Arizona to meet or exceed the minimum annual or quarterly purchase equivalent and growth expectation to Supplier. Parties agree to establish a mutually acceptable transition plan within one hundred eighty (180) days from Effective Date.

(d) Planned Forecast. Purchaser shall provide Supplier with historical monthly or annual usage information and specifications for all items currently not produced by Supplier within one hundred eighty (180) days from Effective Date. In addition, Parties will work together to provide a four (4) week or more forecast of all items, current and as transferred, with a minimum of two week production forecast being firm with purchase orders from Purchaser. Supplier agrees to run forecast efficiently for on-time delivery and Purchaser agrees to allow Supplier ample warehouse space at Purchaser's Conyers, Georgia facility for pre-stocking orders or creating safety stock as needed. Purchaser agrees this planned forecast is critical to maintaining Purchase Prices provided on Exhibit A.

(e) Rebate. Purchaser shall be paid a rebate of one and one-and three quarters percent (1 ¾%)

of the total net sales and will be accrued by the Supplier up to a minimum rebate spend of total sales of seventeen million dollars ($17,000,000). Rebate will be paid twice a year based on the first six (6) months following the Effective Date, estimated to be on or before April 30 and October 31 of each Agreement year. Purchaser shall be paid an additional rebate of one and one-quarter percent (1 ¼ %) of total net sales that exceed seventeen million dollars ($17,000,000) and will be paid on the same pay out schedule, starting with the first month of the total net sales exceeding the minimum rebate spend. Additionally, Purchaser will be paid a monthly rebate of four percent (4%) of net sales on Products manufactured at and shipped from Supplier's Conyers, Georgia facility and shipped to Purchaser's facility in Conyers, Georgia.

(f) PPW Baseline Discount, Price Hold Extension, Price Reduction, and Catch up payment Agreement. Parties have established a final resolution to start on the Effective Date concerning any previous market changes, grace periods for evaluation of Purchaser business acquisition, competitive pricing offers, and any previously negotiated or implied offers outside of this Agreement by agreeing to the Terms and Conditions of this Agreement with an Effective Date not to exceed October 21, 2016. Therefore, Purchaser shall receive a one-time PPW baseline discount, a price hold extension, and catch up payments as outline in this section from Supplier. Parties have agreed to establish the midpoint pricing baseline at $5/ton below current market value (set at $615/ton as of 9.16.16 PPW) at $610/ton. This PPW baseline discount will be held until March 31, 2017 and considered a price hold extension, which is subject to change as outlined in Price Adjustment. Supplier will reduce prices as calculated for a $20/ton Price Adjustment to establish a Percentage Change of approximately three and six-tenths percent (3.6%) and is reflected in prices shown in Exhibit A. In addition, Supplier agrees to pay Purchaser a one-time amount totaling One Hundred Sixty Thousand Dollars ($160,000), which is considered catch up payment as agreed upon by Parties, including requested payment for show floor space, materials, dual company presence representation, booth design assistance, and confirmation of mutually paid participation in the International Pizza Expo in Las Vegas, NV in March 2017. Purchaser agrees to accept payment over a nine (9) month period to be paid in full by Supplier no later than June 30, 2017.

5. Payment Terms. The terms of payment granted to Purchaser are two percent (2%) discount for payment received by Supplier within fifteen (15) days from the date of invoice to Purchaser, with the full net payment due thirty (30) days from the date of invoice. Notwithstanding anything to the contrary, all payments made by Purchaser to Supplier pursuant to this Agreement shall be made in United States dollars. Payments shall be made in immediately available funds and Purchaser shall use its best efforts to make payment by electronic funds transfer (E.F.T.).

6. Delivery Terms. All Products are F.O.B. the Purchaser's destination ("Delivery Location") as designated by Purchaser, unless otherwise agreed to in writing by Supplier and Purchaser at the time of purchase pursuant to a Purchase Order. Title to, and risk of loss, theft or destruction of, or damage to, the Products shall pass from Supplier to Purchaser upon delivery of the Products at Purchaser's delivery point. In the event of embargo, other interruption, or unavailability of transportation by the usual common carriers, the time of such embargo, interruption, or unavailability of transportation shall be excluded in computing the time of shipment.

7. Inspection.
    (a)    Purchaser shall inspect for approval all Products immediately upon their delivery and shall within fourteen (14) days of their arrival ("Inspection Period") provide written notice to Supplier of any claim that the Products fail to meet the applicable warranties of this Agreement and

shall provide Supplier the opportunity to inspect those Products if Supplier elects to do so. If Purchaser shall fail to give such notice, the Products shall be deemed to conform with the terms of this Agreement, and Purchaser shall be bound to accept and pay for the Products in accordance with the terms of this Agreement. Purchaser expressly waives any rights Purchaser may have to revoke acceptance after such Inspection Period. Supplier's right to inspect the Products will expire ten (10) business days after receiving such notification from Purchaser.

(b) Defective Products. For any Product inspected by Purchaser during the Inspection Period that fail to meet the applicable warranties of this Agreement ("Defective Product"), Supplier will, at Purchaser's option and discretion, either: (i) promptly rework or replace the Defective Products with conforming Products, or (ii) promptly provide Purchaser with a full refund or account credit for all amounts that Purchaser had paid Supplier for such Defective Products. If requested to do so by Supplier, Purchaser shall timely return to Supplier all Defective Products and Supplier shall reimburse Purchaser for any freight costs associated with the delivery or return of such Defective Products to Supplier.

8. Quality. All Products delivered are subject to inspection pursuant to this Agreement by Purchaser before acceptance. Supplier expressly warrants that the Products will: (a) be free from any encumbrance or any defect in design, materials, manufacture and workmanship; and (b) conform to the specifications, descriptions, drawings, and data specified herein or furnished in writing herewith.

9. Materials; Printing Plates; Cutting Dies.
(a) Purchaser will be responsible for purchasing any Special Tooling, as hereinafter defined, for any Product that is not already produced by Supplier at the point in time where Purchaser requests that Supplier provide that Product to Purchaser. In the case of newly transferred business, Purchaser will request tooling from incumbent supplier and make available to Supplier within reasonable time to inspect and produce new or modify Special Tooling to provide Product to Purchaser. In the event that incumbent supplier tooling does not work for Supplier, Supplier agrees to be responsible for purchasing the Special Tooling for the transferred items. Supplier will be responsible for all replacement Special Tooling unless otherwise agreed upon by both parties. Upon the expiration or termination of this Agreement, Supplier shall return to Purchaser all Special Tooling that Purchaser provided to Supplier, then in its possession, provided that, at that time, Purchaser is not in default of any of its payment obligations to Supplier under the terms of this Agreement. Supplier makes no representations or warranties regarding the condition of any such Special Tooling returned to the Purchaser pursuant to this Agreement.

(b) "Special tooling" shall mean all patterns, dies, fixtures, molds, jigs, models, gauges, inspection devices, special cutting tools, special test devices, drawings, and templates, and any replacements thereof, which, before the date hereof, Supplier did not own or use and which Purchaser provided to Supplier pursuant to this Agreement but excludes tools, capital items, or property owned or furnished by Supplier.

10. Choice of Law. The interpretation of this Agreement, and any dispute arising hereunder or in connection herewith, shall be governed by and construed solely in accordance to the laws of the state of Georgia. Exclusive venue for any disputes hereunder shall be in the state of Georgia.

11. Assignment. Supplier may not assign or otherwise transfer its interests in this Agreement without Purchaser's prior written consent, provided, however, that Supplier may assign this

Agreement to a subsidiary or affiliate without the prior written consent of Purchaser. Purchaser may not assign or otherwise transfer any of its interest in this Agreement without Purchaser's sixty (60) days advanced written notice to the Supplier and Supplier's written consent to the assignment.

12. <u>Entire Agreement; Modification</u>. This Agreement, together with all exhibits and addendums hereto, constitutes the entire agreement between the Parties hereto with regard to the subject matters described herein, and there are no other agreements or understandings between the Parties with regard to such matters. This Agreement supersedes any previous understandings or agreements of the Parties (whether written or oral) with respect to the subject matters described herein. This Agreement may not be altered, modified, changed, or added to in any manner whatsoever except through a written agreement signed by an authorized officer of the Party against whom the enforcement of any such alteration, modification, change or addition is sought.

**IN WITNESS WHEREOF**, the Parties have duly executed and delivered this Agreement as of the date first above written.

**PURCHASER:**

Star Pizza Box
A Florida Corporation

By: _____
Name: Hal Porter
Title: President


**SUPPLIER:**

Pratt Corrugated Holdings, Inc.,
A Delaware corporation

By: _____
Name: Stephen Ward
Title: VP, Accounting

5

EXHIBIT A

## PRODUCTS AND PURCHASE PRICE

*To be attached when finalized.*

## PPI PULP&PAPER WEEK



### PRICE WATCH: Containerboard/ Kraft Papers

| Delivered, US$ (unless otherwise noted) | Unit | Current months | | | Year-to-year | |
|---|---|---|---|---|---|---|
| | | Sep. 2016 | Aug. 2016 | Jul. 2016 | Sep. 2015 | % chg. |
| **CONTAINERBOARD** | | | | | | |
| DOMESTIC OPEN MARKET PRICE | | | | | | |
| Linerboard (42-lb unbleached kraft) | | | | | | |
| East | sh. ton | $610 - 620 ² | $610 - 620 | $610 - 620 | $625 - 635 | -2.4% |
| West | sh. ton | 610 - 620 ² | 610 - 620 | 610 - 620 | 625 - 635 | -2.4 |
| High performance (35-36 lb) | sh. ton | 630 - 640 ² | 630 - 640 | 630 - 640 | 645 - 655 | -2.3 |
| White top, East | sh. ton | 820 - 830 ² | 820 - 830 | 820 - 830 | 835 - 845 | -1.8 |
| White top, West | sh. ton | 830 - 840 ² | 830 - 840 | 830 - 840 | 845 - 855 | -1.8 |
| Corrugating Medium (26-lb semichemical) | | | | | | |
| East | sh. ton | 495 - 505 ² | 495 - 505 | 510 - 520 | 555 - 565 | -10.7 |
| West | sh. ton | 495 - 505 ² | 495 - 505 | 510 - 520 | 555 - 565 | -10.7 |
| Export linerboard (unbleached kraft) | | | | | | |
| 175-g+ Southern Europe (CIF) | tonne | € 430 - 440 | € 430 - 440 | € 430 - 440 | € 480 - 500 | -11.2 |
| 175-g+ Hong Kong/ South China (C&F)¹ | tonne | 550 - 590 | 560 - 590 | 560 - 590 | 620 - 640 | -9.5 |
| 42-lb Laredo border/ Mexico (FOB) | tonne | 565 - 575 | 565 - 575 | 565 - 575 | 610 - 620 | -7.3 |
| 42-lb Central/South America (FAS) | sh. ton | 400 - 410 | 400 - 410 | 400 - 410 | 455 - 465 | -12.0 |
| **KRAFT PAPERS** | | | | | | |
| Unbleached | | | | | | |
| Extensible multiwall sack, 50-lb | sh. ton | 1,190 - 1,210 | 1,190 - 1,210 | 1,190 - 1,210 | 1,190 - 1,210 | 0.0 |
| Natural multiwall sack, 50-lb | sh. ton | 1,035 - 1,045 | 1,035 - 1,045 | 1,035 - 1,045 | 1,035 - 1,045 | 0.0 |
| Grocery bag, 70-lb | sh. ton | 970 - 980 | 970 - 980 | 970 - 980 | 985 - 995 | -1.5 |
| Grocery bag, 30-lb | sh. ton | 1,160 - 1,180 | 1,160 - 1,180 | 1,160 - 1,180 | 1,175 - 1,195 | -1.3 |
| Bleached | | | | | | |
| Grocery bag, 30-lb | sh. ton | 1,440 - 1,450 | 1,440 - 1,450 | 1,440 - 1,450 | 1,455 - 1,465 | -1.0 |

NOTES
*Discounting has been reported below price shown.
1. This is a change in location name, not in methodology. Price includes Yantian port in Shenzhen province in China, next to Hong Kong.
2. Future price increase announced by major producer (s) but not reflected in current data.

Other containerboard grades and basis weights: Recycled linerboard is currently selling for $0-$50/ton below unbleached kraft linerboard, depending on quality.

Basis weight differentials from standard 42-lb linerboard in eastern U.S.:
26 lb, up $50/ton    52-56 lb, 0 to up $20/ton
90 lb, up $10/ton    31-32 lb, up $20-30/ton

DISCLAIMER
While the information contained in this report has been obtained from sources believed to be reliable, RISI does not warrant or guarantee the accuracy and completeness of the information. All prices are best estimates of prices, and are composite prices as opposed to median or average prices.

### COATED BOARD PRICE SLIPS $20
continued from page 1

"What a year," said a CRB supplier source, who confirmed the newest price erosion. "It has been one big challenge. Prices are down, mills are competing. It's a scramble for tons."

"Absolutely it is deflated," said a finished carton buyer of the market and prices. "These guys are pressured to do something," he added about producers.

Carton converters talked about lower offers coming from different suppliers, and that was leading their existing suppliers to match them.

"It is now lower than before the price hike," said one about current levels. "There's a panic to gain customers or business. It's a war right now."

Competition among the leading producers, Graphic Packaging and WestRock, heated up this year, driven by their various carton plant acquisitions and displacement of tons from one supplier to the other, contacts recounted. Caraustar's new CRB capacity at a Georgia mill was pushing other suppliers out of its carton system, even as it looked to book tons for the new production.

"We are going into October already and their season is slipping by," added a converted products customer about the mills.

Boxboard producers have been publicly emphasizing their attempts to move to newer price mechanisms and price-cost

© 2016 RISI, Inc. All rights reserved
Gary Gustin - Pratt Industries 2016-09-17

4     PPI PULP & PAPER WEEK/September 16, 2016

| Star Pizza Box | National Price List | | |
|---|---|---|---|
| Locations | Lakeland, Conyers, Lewisburg, Mesquite | | |
| Agreement Date | October-16 | | |
| Mid Point Baseline | $610/ton | PPW | 42lb K East |
| Total Annual Volume | $17 million | | |

| Item | Order Quantity | Price List |
|---|---|---|
| PLAIN BOX | TL Qty | $/M |
| 8" B Plain KK | 129,000 | $ 120 |
| 10" B Plain kk | 89,600 | $ 139 |
| 12" B Plain kk | 64,800 | $ 153 |
| 14 " B Plain kk | 64,800 | $ 201 |
| 16" B plain kk | 48,000 | $ 232 |
| 18" B Plain kk | 44,800 | $ 299 |
| | | |
| 8" B Plain WK | 129,000 | $ 141 |
| 10" B Plain wk | 89,600 | $ 150 |
| 12" B Plain wk | 64,800 | $ 164 |
| 14 " B plain wk | 64,800 | $ 212 |
| 16" B plain wk | 48,000 | $ 270 |
| 18" B Plain wk | 44,800 | $ 319 |

| PLAIN WRAPPED | TL Qty | $/M |
|---|---|---|
| 8" B Plain KK | 129,000 | $ 123 |
| 10" B Plain kk | 89,600 | $ 143 |
| 12" B Plain kk | 64,800 | $ 156 |
| 14 " B Plain kk | 64,800 | $ 196 |
| 16" B plain kk | 48,000 | $ 228 |
| 18" B Plain kk | 44,800 | $ 292 |
| | | |
| 8" B Plain WK | 129,000 | $ 144 |
| 10" B Plain wk | 89,600 | $ 153 |
| 12" B Plain wk | 64,800 | $ 167 |
| 14 " B plain wk | 64,800 | $ 217 |
| 16" B plain wk | 48,000 | $ 276 |
| 18" B Plain wk | 44,800 | $ 321 |

| GENERIC/RED BRICK | TL Qty | $/M |
|---|---|---|
| 8" B Generic KK | 129,000 | $ 121 |
| 10" B Generic kk | 89,600 | $ 139 |
| 12" B Generic kk | 64,800 | $ 158 |
| 14 " B Generic kk | 64,800 | $ 198 |
| 16" B generic kk | 48,000 | $ 223 |
| 18" B generic kk | 44,800 | $ 292 |
| | | |
| 8" B Generic WK | 129,000 | $ 137 |
| 10" B Generic wk | 89,600 | $ 155 |
| 12" B Generic WK | 64,800 | $ 184 |
| 14" B Generic WK | 64,800 | $ 236 |
| 16" B generic WK | 48,000 | $ 262 |
| 18" B generic WK | 44,800 | $ 339 |

| SYSCO GENERIC | TL Qty | $/M |
|---|---|---|
| 8" B Generic KK | 129,000 | $ 121 |
| 10" B Generic kk | 89,600 | $ 139 |
| 12" B Generic kk | 64,800 | $ 158 |
| 14 " B Generic kk | 64,800 | $ 198 |
| 16" B generic kk | 48,000 | $ 223 |
| 18" B generic kk | 44,800 | $ 292 |
| SYSCO GENERIC | TL Qty | $/M |
| 8" B Generic WK | 129,000 | $ 137 |
| 10" B Generic wk | 89,600 | $ 155 |
| 12" B Generic WK | 64,800 | $ 184 |
| 14" B Generic WK | 64,800 | $ 236 |
| 16" B generic WK | 48,000 | $ 262 |
| 18" B generic WK | 44,800 | $ 339 |

| Star Pizza Box | | | |
|---|---|---|---|
| Location | Arizona | | |
| Agreement Date | October-16 | | |
| Mid Point Baseline | $610/ton | PPW | 42lb K East |
| Total Annual Volume | $17 million | | |

| Item | Order Quantity | Price List | | Item |
|---|---|---|---|---|
| 1 7/8" Depth | | | | 1 5/8" Depth |
| PLAIN BOX | TL Qty | $/M | | PLAIN BOX |
| 8" B Plain KK | 129,000 | $ | 126 | 8" B Plain KK |
| 10" B Plain kk | 89,600 | $ | 147 | 10" B Plain kk |
| 12" B Plain kk | 64,800 | $ | 162 | 12" B Plain kk |
| 14 " B Plain kk | 64,800 | $ | 206 | 14 " B Plain kk |
| 16" B plain kk | 48,000 | $ | 234 | 16" B plain kk |
| 18" B Plain kk | 44,800 | $ | 307 | 18" B Plain kk |
| | | | | |
| 8" B Plain WK | 129,000 | $ | 144 | 8" B Plain WK |
| 10" B Plain wk | 89,600 | $ | 154 | 10" B Plain wk |
| 12" B Plain wk | 64,800 | $ | 173 | 12" B Plain wk |
| 14 " B plain wk | 64,800 | $ | 226 | 14 " B plain wk |
| 16" B plain wk | 48,000 | $ | 279 | 16" B plain wk |
| 18" B Plain wk | 44,800 | $ | 331 | 18" B Plain wk |

| PLAIN WRAPPED | TL Qty | $/M | | PLAIN WRAPPED |
|---|---|---|---|---|
| 8" B Plain KK | 129,000 | $ | 129 | 8" B Plain KK |
| 10" B Plain kk | 89,600 | $ | 150 | 10" B Plain kk |
| 12" B Plain kk | 64,800 | $ | 166 | 12" B Plain kk |
| 14 " B Plain kk | 64,800 | $ | 209 | 14 " B Plain kk |
| 16" B plain kk | 48,000 | $ | 253 | 16" B plain kk |
| 18" B Plain kk | 44,800 | $ | 310 | 18" B Plain kk |
| | | | | |
| 8" B Plain WK | 129,000 | $ | 151 | 8" B Plain WK |
| 10" B Plain wk | 89,600 | $ | 158 | 10" B Plain wk |
| 12" B Plain wk | 64,800 | $ | 176 | 12" B Plain wk |
| 14 " B plain wk | 64,800 | $ | 230 | 14 " B plain wk |
| 16" B plain wk | 48,000 | $ | 283 | 16" B plain wk |
| 18" B Plain wk | 44,800 | $ | 335 | 18" B Plain wk |

| GENERIC/RED BRICK | TL Qty | Pricing | | GENERIC/RED BRICK |
|---|---|---|---|---|
| 8" B Generic KK | 129,000 | $ | 127 | 8" B Generic KK |
| 10" B Generic kk | 89,600 | $ | 147 | 10" B Generic kk |
| 12" B Generic kk | 64,800 | $ | 165 | 12" B Generic kk |
| 14 " B Generic kk | 64,800 | $ | 206 | 14 " B Generic kk |
| 16" B generic kk | 48,000 | $ | 234 | 16" B generic kk |
| 18" B generic kk | 44,800 | $ | 291 | 18" B generic kk |

| Item | Quantity | Price | | Item |
|---|---|---|---|---|
| 8" B Generic WK | 129,000 | $ 144 | | 8" B Generic WK |
| 10" B Generic wk | 89,600 | $ 162 | | 10" B Generic wk |
| 12" B Generic WK | 64,800 | $ 193 | | 12" B Generic WK |
| 14" B Generic WK | 64,800 | $ 244 | | 14" B Generic WK |
| 16" B generic WK | 48,000 | $ 273 | | 16" B generic WK |
| 18" B generic WK | 44,800 | $ 349 | | 18" B generic WK |

| Item | Quantity | Price |
|---|---|---|
| 10" D Café KK | 89,600 | $ 142 |
| 12" D Café KK | 64,800 | $ 160 |
| 14" D Café KK | 64,800 | $ 200 |
| 16" D Café KK | 48,000 | $ 227 |

| Order Quantity | Price List |
|---|---|
| **TL Qty** | **$/M** |
| 129,000 | $ 119 |
| 89,600 | $ 144 |
| 64,800 | $ 153 |
| 64,800 | $ 204 |
| 48,000 | $ 257 |
| 44,800 | $ 296 |

| | |
|---|---|
| 129,000 | $ 139 |
| 89,600 | $ 147 |
| 64,800 | $ 160 |
| 64,800 | $ 215 |
| 48,000 | $ 274 |
| 44,800 | $ 318 |

| TL Qty | $/M |
|---|---|
| 129,000 | $ 122 |
| 89,600 | $ 147 |
| 64,800 | $ 156 |
| 64,800 | $ 207 |
| 48,000 | $ 260 |
| 44,800 | $ 299 |

| | |
|---|---|
| 129,000 | $ 143 |
| 89,600 | $ 150 |
| 64,800 | $ 165 |
| 64,800 | $ 219 |
| 48,000 | $ 277 |
| 44,800 | $ 322 |

| TL Qty | $/M |
|---|---|
| 129,000 | $ 120 |
| 89,600 | $ 138 |
| 64,800 | $ 157 |
| 64,800 | $ 199 |
| 48,000 | $ 225 |
| 44,800 | $ 279 |

| | | |
|---:|---|---:|
| 129,000 | $ | 136 |
| 89,600 | $ | 153 |
| 64,800 | $ | 181 |
| 64,800 | $ | 235 |
| 48,000 | $ | 262 |
| 44,800 | $ | 335 |

| Star Pizza Box | Regional Specific Items | | |
|---|---|---|---|
| Location | Mesquite, TX | | |
| Agreement Date | October-16 | | |
| Mid Point Baseline | $610/ton | PPW | 42lb K East |
| Total Annual Volume | $17 million | | |
| Item | Order Quantity | Price List | |
| | | $/M | |
| 11" kk Plain | | $ 148 | |
| 15" kk Plain | | $ 233 | |
| 15" wk Plain | | $ 247 | |
| 20" kk Plain | | $ 466 | |
| 20" wk Plain | | $ 563 | |
| 20" wk Wrap | | $ 569 | |
| 20" wk RB | | $ 563 | |
| 24" wk Plain | | $ 785 | |
| 24 wk RB | | $ 785 | |
| 26 wk Plain | | $ 869 | |

| **Star Pizza Box** | Regional Specific Items | | |
|---|---|---|---|
| Location | Phoenix, AZ | | |
| Agreement Date | October-16 | | |
| Mid Point Baseline | $610/ton | PPW | 42lb K East |
| Total Annual Volume | $17 million | | |
| Item | Order Quantity | Price List | |
| 11" B Plain KK | 15,699 | | |

| Star Pizza Box | |
|---|---|
| Location | Johnstown, OH |
| Agreement Date | October-16 |
| Mid Point Baseline | $610/ton      PPW      42lb K East |
| Total Annual Volume | $17 million |

| CIRCLE SHEETS | 29 ECT C FLUTE  MW | | | Order Quantity | Price List |
|---|---|---|---|---|---|
| Circle Size | SIZE | BOARD | Flute | QTY | PRICE/M |
| 18" | 37 X 36.5 | WK | C | 15,000 | $ 420 |
| 10" | 32 X 31.5 | WK | C | 15,000 | $ 309 |
| 8" & 12" | 38.5 X 37.5 | WK | C | 15,000 | $ 434 |
| 7", 9" & 14" | 29.75 X 29 | WK | C | 15,000 | $ 265 |
| 6" & 16" | 33.75 x 33 | WK | C | 15,000 | $ 343 |

| | | | | | |
|---|---|---|---|---|---|
| 7 X 10 X 3 | | WW | B | 15,000 | $ 360 |
| 6 x 14 x 3 | | WK | B | 3,000 | $ 347 |
| 10 x 10 x 3 | | WW | B | 1,000 | $ 360 |

| Circle RSC's | | | | | |
|---|---|---|---|---|---|
| ITEM # | LENGTH | WIDTH | DEPTH | STYLE | TEST |
| 10" | 10.5 | 10.5 | 15.375 | RSC | 26 C KRAFT |
| 12" | 12.5 | 12.5 | 15.375 | RSC | 26 C KRAFT |
| 14" | 14.5 | 14.5 | 15.375 | RSC | 26 C KRAFT |
| 16" | 16.5 | 16.5 | 15.375 | RSC | 26 C KRAFT |

| Item | Flute | Order Qty Min Qty | WK Price List $/M | KK Price List $/M |
|---|---|---|---|---|
| Pizza Boxes | | | | |
| 7" Plain | B | 22m | $ 102 | $ 97 |
| 8" Plain | B | 19m | $ 122 | $ 116 |
| 9" Plain | B | 19m | $ 192 | $ 184 |
| 9 x 13 | B | 15m | $ 184 | $ 175 |
| 11" Plain | B | 15m | $ 185 | $ 176 |
| 11.5x15 | B | 15m | $ 235 | $ 225 |
| 13" Plain | B | 15m | $ 238 | $ 227 |
| 15" Plain | B | 15m | $ 294 | $ 280 |
| 12x18 | B | 10m | $ 311 | $ 303 |
| 18x25 | C | 10m | $ 555 | $ 545 |
| 20" Plain | C | 10m | $ 445 | $ 432 |
| 24" Plain | C | 10m | $ 612 | |
| 28" Plain | C | 10m | $ 802 | |

| Long Run Custom Print | | |
|---|---|---|
| Item | Order Qty | $/M |
| 10" Roosters | 10000 | $ 171 |
| 14" Speedy Pizza | 10000 | $ 209 |
| 14" Speedy Café | 10000 | $ 209 |
| 16" Weis Market | 48000 | $ 264 |

| | | |
|---|---|---|
| 10" Z Pizza | 10000 | $ 153 |
| 14" Z Pizza | 10000 | $ 214 |
| 18" Z Pizza | 10000 | $ 316 |
| 10" Ian's | 10000 | $ 150 |
| 12" Ian's | 10000 | $ 181 |
| 16" Ian's | 10000 | $ 264 |
| 20" Ians - 41,600 order | 10000 | $ 437 |
| 20" Ian's - 20M order | 10000 | $ 463 |
| 16" Lucky's | 10000 | $ 357 |

| Sub Boxes | | Order Qty | $/M |
|---|---|---|---|
| 12" Sub | 32 ECT C flute | 3,000 | $ 665 |
| 12" Sub | 32 ECT C flute | 6,000 | $ 646 |
| 12"Sub 4/out | 32 ECT C flute | 3,000 | $ 444 |
| 12" Sub 4/out | 32 ECT C flute | 6,000 | $ 425 |

| Sheets | | Order Qty | $/M |
|---|---|---|---|
| 28 x 26 | wk | 3,000 | $ 227 |
| 28 x 26 | kk | 3,000 | $ 217 |
| 28 13/16 x 35 | wk | 3,000 | $ 323 |
| 28 13/16 x 35 | kk | 3,000 | $ 314 |
| 32 1/2 x 31 | wk | 3,000 | $ 309 |
| 36 x 36 | wk | 3,000 | $ 396 |
| 36 x 36 | kk | 3,000 | $ 381 |

| Order Quantity | Price List |
|---|---|
| QTY | $/M |
| 3,000 | $ 440 |
| 3,000 | $ 708 |
| 3,000 | $ 681 |
| 3,000 | $ 811 |

| Star Pizza Box | Long Run Custom Prints | | |
|---|---|---|---|
| Locations | Lakeland/Conyers | | |
| Agreement Date | October-16 | | |
| Mid Point Baseline | $610/ton | PPW | 42lb K East |
| Total Annual Volume | $17 million | | |

| ITEM | LOCATION | QTY | $/M | |
|---|---|---|---|---|
| B 15" WK Disney | Lakeland | 48,000 | $288 | |
| E 17" Sbarro | Lakeland | 15,000 | $289 | |
| B 11" Delizoso | Lakeland | 10,000 | $180 | |
| D 16" Whole Foods | Lakeland | 20,000 | $228 | |
| D 12" Grimaldi's | Lakeland | 15,000 | $359 | 100 count |
| D 16" Grimaldi's | Lakeland | 15,000 | $261 | |
| D 18" Grimaldi's | Lakeland | 15,000 | $337 | |
| B 14 Stoners | Lakeland | 25,000 | $226 | |
| B 10" De Angelo's | Lakeland | 10,000 | $141 | |
| B 12" De Angelo's | Lakeland | 10,000 | $174 | |
| B 14" De Angelo's | Lakeland | 10,000 | $224 | |
| B 16" De Angelo's | Lakeland | 10,000 | $237 | |

| DATE | UPDATE | BY WHOM: |
|---|---|---|
| 3/9/2015 | New price list takes effect | Onkotz |
| 4/16/2015 | Added File for Additional items in Johnstown, OH | Onkotz |
| 8/12/2015 | Added TL quantity pricing for Ians for Johnstown | Onkotz |
| 8/12/2015 | Added pricing for Sysco for all three locations | Onkotz |
| 8/8/2016 | Added Long run print - Disney 15 to Lakeland | Onkotz |
| 10/5/2016 | October Agreement Pricing updated | Adams |